IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| KENDRICK ROBINSON,<br><br>    Plaintiff,<br><br>v.<br><br>SUNTRUST BANK,<br><br>    Defendant. | Case No. 2:22-cv-02117-JPM-tmp |

## ORDER ADOPTING THE REPORT AND RECOMMENDATION AND DISMISSING COMPLAINT WITH PREJUDICE

Before the Court is the Report and Recommendation filed by U.S. Magistrate Judge Tu M. Pham on June 2, 2022 (ECF No. 16) with respect to Defendant's Motion to Dismiss Complaint with Prejudice (ECF No. 7). The Magistrate Judge submits that Defendant's Motion should be granted. (ECF No. 16 at PageID 59.) For the reasons discussed below, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation in its entirety.

I.    PROCEDURAL BACKGROUND

On February 7, 2022, Plaintiff filed his Complaint in Tennessee state court. (ECF No. 1-1.) Defendant removed this action to federal court on February 24, 2022. (ECF No. 1.) Defendant then filed this Motion to Dismiss on March 2, 2022. (ECF No. 7.) Plaintiff filed a Response in Opposition on April 25, 2022. The Magistrate Judge's Report and Recommendation was filed on June 2, 2022. (ECF No. 16.) Objections to the Report and Recommendation were due on June 16, 2022, and no objections were filed.

## II.  LEGAL STANDARD

"Within 14 days after being served with a copy of the recommended disposition, a party may serve and file specific written objections to the proposed findings and recommendations." Fed. R. Civ. P. 72(b)(2).  "When no timely objection is filed, the court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation." Fed. R. Civ. P. 72(b) advisory committee note.

## III.  ANALYSIS

Because no objections were filed, the Court reviews the Report and Recommendation for clear error.  Fed. R. Civ. P. 72(b)(3).  Upon full review of the Magistrate Judge's Report and Recommendation, the Court has not identified any clear error and concurs with the Magistrate Judge's findings.  The Report and Recommendation is, therefore, **ADOPTED** in full. Defendant's Motion to Dismiss the Complaint with Prejudice is **GRANTED**.

**SO ORDERED**, this 23rd day of June, 2022.

    /s/ Jon P. McCalla
JON P. McCALLA
UNITED STATES DISTRICT JUDGE